**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEMISILICON TECHNOLOGY CORP., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| INMUSIC, LLC, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Semisilicon Technology Corp. ("Semisilicon"), by and through its attorneys, and for its Complaint against inMusic, LLC ("inMusic" or "Defendant"), hereby alleges as follows:

**NATURE OF ACTION**

1.  This is an action for infringement of United States Patent No. 8,124,988 ("the '988 patent" or "the Patent-in-Suit"). A copy of the '988 patent, with its reexamination certificate issued on December 13, 2024, is attached as Exhibit A. This patent relates to light emitting diode ("LED") devices, including LED package structure and assembly.

**THE PARTIES**

2.  Semisilicon is a corporation organized and existing under the laws of Taiwan with a principal place of business located at 8F-2, No.504, Yuanshan Rd., Zhonghe Dist., New Taipei City 235, Taiwan.

3.  Upon information and belief, inMusic is a Delaware limited liability company organized and existing under the laws of Delaware and has its principal place of business at 200 Scenic View Drive Suite 201, Cumberland, RI 02864, USA.

1

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 100 et seq.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over inMusic, and venue is proper in this district pursuant to 28 U.S.C. § 1400(b), at least because inMusic is a Delaware corporation. As a Delaware corporation, inMusic has purposefully established systematic and continuous contacts with this judicial district and should reasonably expect to be brought into Court here.

## FACTUAL BACKGROUND

7. Semisilicon, founded in 1995, specializes in IC (integrated circuit) planning, design, production, and sales. Semisilicon's innovations and products include LED control ICs, which are widely used in computer peripherals and consumer electronics. As an innovator in research and development of LED packages and LED control ICs, Semisilicon strives to improve its product quality and innovate LED-related technologies to meet the market's demands and license others, and its products are protected by numerous patents worldwide.

8. Upon information and belief, inMusic is a company that markets, offers to sell, and sells audio products to consumers. inMusic's products include speakers and audio systems and devices incorporating light-emitting diodes, with LED structures and/or functions that infringe Semisilicon's patent rights. inMusic offers products under various brands, including ION/ION Audio, and markets, offers to sell, and sells LED-enabled speakers and related audio products throughout the United States. The accused products are sold under the ION/ION Audio brand and incorporate LED lighting features.

## COUNT I
### Infringement of U.S. Patent No. 8,124,988

9. Semisilicon is the owner of the entire right, title, and interest in the '988 patent, which was duly and legally issued by the United States Patent and Trademark Office on February 28, 2012. The '988 patent is entitled "Light emitting diode lamp package structure and assembly thereof." A true and correct copy of the '988 patent, with the reexamination certificate issued on December 13, 2024, is attached hereto as Exhibit A.

10. Upon information and belief, inMusic has infringed one or more claims of the '988 patent under 35 U.S.C. § 271 (a), (b), and/or (c) by, among other things, selling and offering for sale various ION Audio models with LEDs.

11. Upon information and belief, inMusic has infringed, directly or indirectly, at least claim 1 of the '988 patent, either literally and/or under the doctrine of equivalents.

12. According to information available on inMusic's website (Uber™ Boom Ultra, https://www.ionaudio.com/uber-boom-ultra.html (last visited Dec. 29, 2025); Exhibit B) and BestBuy's (ION Audio - Uber Boom Ultra Water Resistant Bluetooth Stereo Boombox with Lights – Black, https://www.bestbuy.com/product/ion-audio-uber-boom-ultra-water-resistant-bluetooth-stereo-boombox-with-lights-black/J36J95JQYT/sku/10312746 (last visited Dec. 29, 2025); Exhibit C), ION Audio Uber Boom Ultra features multi-colored LED lighting that moves and changes in response to the beat of the music, providing dynamic lighting synchronized with audio playback.




13.     Upon information and belief, the ION Audio product Uber Boom Ultra includes "a LED lamp package structure." Exemplary images of its packaging and components are provided below.







14. Upon information and belief, Uber Boom Ultra includes "a plurality of light emitting diodes, each light emitting diode having two electrode ends and one of the electrode ends being a common electrode end."

15. For example, as shown in the exemplary image below, light emitting diodes annotated in green, red, and blue circles are encapsulated inside the package body, and each light emitting diode has two electrode ends, one of the electrode ends being a common electrode end connecting to a positive power terminal ("V+").



16. Upon information and belief, Uber Boom Ultra includes "a control integrated circuit, having a data input electrode, a data output electrode, a positive power-in electrode, and a negative power-in electrode, and electrically connected to the light emitting diodes."

17. For example, as shown and annotated in the exemplary image below, Uber Boom Ultra includes a control integrated circuit having a data input electrode for inputting data into the control integrated circuit, a data output electrode for outputting data from the control integrated circuit, a positive power-in electrode and a negative power-in electrode for receiving input power.

The control integrated circuit is electrically connected to the light emitting diodes "R," "G," and "B."



18. Upon information and belief, in the Uber Boom Ultra, the control integrated circuit receives external control data via the data input electrode to control the illumination state of each light emitting diode according to the external control data.

19. For example, the oscilloscope waveforms below reflect that the illumination states of the light emitting diodes are controlled according to the signal of control input pad, such as 8 bits for controlling each of green, red, and blue lights.





9



20.     Upon information and belief, Uber Boom Ultra includes "a first conductor, a second conductor, a third conductor, and a fourth conductor, the first conductor being a positive direct current ("DC") voltage pad and connected to the common electrode of each light emitting diode and the positive power-in electrode of the control integrated circuit, the second conductor being connected to the data input electrode, the third conductor being connected to the data output electrode, the fourth conductor being a negative DC voltage pad and connected to the negative power-in electrode of the control integrated circuit."

21.     For example, an exemplary image with annotations is provided below. As shown in the image below, the first conductor is connected to the positive power-in electrode and the common electrode as a positive DC voltage pad, the second conductor is connected to the data input electrode as a data input ("DI") pad, the third conductor is connected to the data output electrode as a data output ("DO") pad, and the fourth conductor is connected to the negative power-in electrode as a negative DC voltage pad.

10



22. Upon information and belief, Uber Boom Ultra includes "a package body encapsulating the light emitting diodes, the control integrated circuit and the conductors, a portion of the first conductor, the second conductor, the third conductor, and the fourth conductor being exposed outside the package body." For example, as shown in the exemplary image with annotations below, the light emitting diodes, the control integrated circuit and the conductors are encapsulated in a package body, and a portion of the first conductor, the second conductor, the third conductor, and the fourth conductor are exposed outside the package body.



23. According to information available on its website, inMusic also markets, sells, or offers to sell other products with similar LED structures or packages, including but not limited to the following products, which are marketed under inMusic's "ION Audio" brand:

- Retro Glow™ Boombox
- Total PATM Apex
- Tailgater® TD
- Tailgater® XL
- Luma Duo
- Wave Rider™ X
- Glow Stone™ Link
- Trouper™ 300
- Block Rocker® Icon

12

- Tailgater® Boom
- Retro Glow™
- Total PA™ Freedom
- Tahiti Link
- Party Splash Link
- Aquaboom X
- Trailblazer™ Roar
- Uber™ Boom
- Sport 320°
- Block Rocker
- Game Day™ Primetime
- Pro Glow™ Express
- Party Boom™ Plus
- Pro Glow™ Ultra
- Explorer™ Express
- Party Splash™
- Pathfinder™ Go
- Total PA™ Titan
- Block Rocker® XL
- Total PA™ Ultimate
- Uber™ Boom Ultra
- Party Splash™
- AquaSport™ Max
- Party Rocker Go

- Tahiti Speaker Pair (Black)
- Total PA™ Extreme
- Total PA™ Spartan
- Power Glow™ 300
- Bright Max™ Plus
- Pathfinder 320
- Pickup™
- Game Day™ Lights (Red)
- Explorer™ XL
- Total PA™ Live
- Meeting Mate™ (Black)
- Party Rocker™ Max
- Bright Max
- Meeting Mate™
- Trailblazer™
- Acadia™
- Total PA™ Prime
- Total PA™ Glow Max
- Pathfinder™ 280°
- Glow Rocker™ Pair
- Tahiti™ Speaker Pair
- Explorer FX
- Adventurer
- Triumph

14

- Total PA Glow 3
- Game Day Party
- Party Boom FX
- Glow Stone Pair
- Total PA Supreme
- Total PA Premier
- Slam Jam (Black)
- Glow Stone Solar
- Party Rocker Effects (Black)
- Power Glow 200
- Glow Stone Solar (Pair)
- Game Day Lights
- Total PA Ultra
- Pro Glow 1500
- Pro Glow 8
- Total PA Glow
- Party Rocker Max
- Party Rocker Express (Black)

See [Wireless Speakers | Bluetooth | ION Audio](https://www.ionaudio.com/products/index.html), https://www.ionaudio.com/products/index.html (last visited Dec. 29, 2025)(Exhibit D).

24. Prior to filing this action, Semisilicon engaged in good-faith efforts seeking to resolve this dispute without litigation, but inMusic's refusal to cooperate and to provide complete sales information forced Semisilicon to initiate this action to guard its valuable patent rights and to seek past and further damages from inMusic's continued and willful infringement.

25. Specifically, on May 15, 2025, Semisilicon put inMusic on notice regarding its infringement of the '988 patent. As part of the parties' negotiation and on October 2, 2025, inMusic provided its sales information limited to five models, despite offering for sale and selling over 70 different models that infringe the '988 patent. Following Semisilicon's October 30, 2025, request for inMusic complete sales of all models that Semisilicon identified as infringing, inMusic, as recent as November 3, 2025, has refused to cooperate and failed to negotiate in good faith, despite continuing to sell the infringing products.

26. Upon information and belief, inMusic has had actual knowledge or constructive notice of the '988 patent, because Semisilicon identifies the '988 patent among its other intellectual property rights on its website, and inMusic received the actual notice of its infringement no later than May 15, 2025.

27. Upon information and belief, inMusic has infringed the '988 patent in an egregious and willful manner and with knowledge of the '988 patent or was willfully blind to the risk of infringement.

28. inMusic's infringement of the '988 patent has caused and continues to cause damages and irreparable harm to Semisilicon.

**PRAYER FOR RELIEF**

WHEREFORE, Semisilicon respectfully prays that the Court enter judgment in its favor and award the following relief against inMusic:

A. Find that inMusic has infringed the '988 patent;

B. Find that inMusic's infringement of the '988 patent has been willful;

C. Preliminarily and permanently enjoin inMusic and its officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors

and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing upon the '988 patent;

D. Award Semisilicon actual damages pursuant to 35 U.S.C. § 284, in an amount to be determined at trial, as a result of inMusic's infringement of the '988 patent;

E. Award Semisilicon pre- and post-judgment interest on all damages awarded, as well as supplemental damages;

F. Order that damages for infringement of the '988 patent be trebled under 35 U.S.C. § 284;

G. Declare that this case exceptional and award Semisilicon its costs and attorney's fees under 35 U.S.C. § 285; and

H. Award and grant Semisilicon such other and further relief as the Court deems just and proper under the circumstances.

## DEMAND TRIAL BY JURY

Semisilicon demands a jury trial on all matters.

Dated: December 29, 2025                MCCARTER & ENGLISH, LLP

*Of Counsel:*                           */s/ Daniel M. Silver*
                                        Daniel M. Silver (#4758)
Ming-Tao Yang                           Alexandra M. Joyce (#6432)
Jeffrey D. Smyth                        Renaissance Centre
FINNEGAN, HENDERSON, FARABOW,           405 N. King Street, 8th Floor
  GARRETT & DUNNER, LLP                 Wilmington, DE 19801
3300 Hillview Avenue, 2nd Floor         Tel: (302) 984-6300
Palo Alto, CA 94304                     dsilver@mccarter.com
Tel: (650) 849-6600                     ajoyce@mccarter.com
Ming.Yang@finnegan.com
Jeffrey.Smyth@finnegan.com              *Attorneys for Plaintiff*
                                        *Semisilicon Technology Corp.*